IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR MANUEL CORREA,

    Plaintiff,                        No. CIV S-09-2353 GGH P

    vs.

SAC. COUNTY SUPERIOR COURT,

    Defendants.                ORDER

_____/

        On September 4, 2009, plaintiff filed his consent to the jurisdiction of the undersigned (docket #4). By order filed October 22, 2009, the court granted plaintiff thirty days to file an amended complaint. In the October 22nd order, the court informed plaintiff of the deficiencies in his complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the October 22, 2009, order, IT IS HEREBY ORDERED that this action is dismissed with prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: December 16, 2009

                                      /s/ Gregory G. Hollows

                                      _____
                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:035
corr2353.fta