IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR MANUEL CORREA,

      Plaintiff,                     No. CIV S-09-2353 GGH P

    vs.

SAC. COUNTY SUPERIOR COURT,

      Defendant.                ORDER

          On April 14, 2010, plaintiff filed a motion for appointment of counsel (Docket No. 11). This civil rights action was closed on December 16, 2009. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

          IT IS SO ORDERED.

DATED: May 12, 2010

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:mp
corr2353.58